CHARLES W. CASS et al., Appellants, *v.* REALTY SECURI-
TIES COMPANY et al., Respondents, Impleaded with
Others.

*Cass* v. *Realty Securities Co.,* 148 App. Div. 96, affirmed.
(Argued June 5, 1912; decided June 21, 1912.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered December 29, 1911, which reversed an
order of Special Term granting a motion by the plaintiffs
for judgment in their favor upon the pleadings, and sus-
tained demurrers to the complaint in an action to obtain
the appointment of a receiver of the defendant Realty
Securities Company, to restrain the paying out of any of
its moneys and for a discovery and accounting of its affairs.

The following questions were certified: "1. Does the complaint state facts sufficient to constitute a cause of action against the defendants or either of them ? 2. Are causes of action improperly joined ?"

*Walter H. Bond* for appellants.

*Grenville Clark, Elihu Root, Jr.*, and *Henry W. Rudd* for respondents.

Order affirmed, with costs; first question certified answered as follows: The complaint does not state a cause of action against the demurring defendants or either of them. Second question not answered; no opinion.

Concur: GRAY, WERNER, WILLARD BARTLETT, HIS-COCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.